184

## FARMER v. STATE.
### No. 21272.

Court of Criminal Appeals of Texas.
Nov. 27, 1940.

Earl Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted in Travis County on a charge of driving while intoxicated and assessed a penalty of sixty days in jail.

The proceedings appear to be regular. The record is before us without a statement of facts or bills of exception and nothing is presented for our consideration.

The judgment of the trial court is affirmed.